UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20820-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUGO FENEL BERNAL MOLANO,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 13] of the Honorable John J. O'Sullivan recommending that the Defendant Molano's plea of guilty be accepted and Defendant be adjudicated guilty. The Court having reviewed Judge O'Sullivan's R&R, there being no objections filed, and based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge O'Sullivan is ADOPTED and AFFIRMED, and made the Order of the District Court:

Defendant Molano's plea of guilty is accepted, and Defendant Molano is adjudicated guilty as to Count IV of the Indictment.

DONE AND ORDERED in Miami, Florida this 16th day of June, 2010.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge John J. O'Sullivan